**Opinion issued November 4, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00446-CV

————————————

**AMADOR E. GONZALEZ, Appellant**

**V.**

**HCA HOLDINGS, INC., HCA MANAGEMENT SERVICES, LP, KPH-CONSOLIDATION, INC. D/B/A KINGWOOD MEDICAL CENTER AND LINCOLN PROPERTY COMPANY, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-61251**

---

## MEMORANDUM OPINION

Appellant, Amador E. Gonzalez, representing that he no longer wishes to prosecute the appeal, has filed a motion to dismiss the appeal. No other party has

filed a notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellant failed to include a certificate of conference in his motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.